ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| CJW Contractors, Inc. | ) ASBCA No. 63454 |
| | ) |
| Under Contract Nos. N40085-16-D-0300 | ) |
| N40085-20-F-6617 | |

APPEARANCE FOR THE APPELLANT:  Casey J. McKinnon, Esq.
 Cohen Seglias Pallas Greenhall & Furman PC
 Washington, DC

APPEARANCES FOR THE GOVERNMENT:  Craig D. Jensen, Esq.
 Navy Chief Trial Attorney
 Billy B. Ruhling, II, Esq.
 Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: January 28, 2025

LAURA EYESTER
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63454, Appeal of CJW Contractors, Inc., rendered in conformance with the Board's Charter.

Dated: January 28, 2025

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals